### 2091, 2092.  MAYOR AND COUNCIL OF CORDELE *v.* WILLIAMS, and *vice versa.*

HILL, C. J.    1. A. motion to dismiss a plaintiff's petition because it "fails to set up a cause of action" is in effect a demurrer; and the refusal to sustain such a motion is not a proper ground for a motion for a new trial, but should be directly excepted to.

2. The refusal of the court to continue a case because of alleged surprise caused by the allowance of an amendment is not cause for reversal, unless the refusal was a clear abuse of discretion.    No abuse of discretion

appears here. *Ga., F. & A. Ry. Co.* v. *Sasser,* 4 *Ga. App.* 276 (61 S. E. 505).

3. The other assignments of error depend upon a consideration of the evidence; and, there being no proper brief of the evidence, but a copy·of the stenographic report containing much immaterial matter, those assignments will not be considered by this court. Civil Code, § 5488; *Albany & Northern Ry. Co.* v. *Wheeler,* 6 *Ga. App.* 270 (64 S. E. 1114).

*Judgment affirmed on main bill of exceptions; cross-bill of exceptions dismissed.*

Action for damages; from city court of Cordele—Judge Strozier. July 14, 1910.

Submitted December 1, 1909.—Decided February 22, 1910.

*O. T. Gower, Crum & Jones,* for Mayor and Council of Cordele.

*J. T. Hill,* contra.